31 A.3d 944

IN THE MATTER OF KENNETH P. SIRKIN, AN ATTORNEY AT LAW (ATTORNEY NO. 048591998).

December 9, 2011.

## ORDER

The Disciplinary Review Board having filed with the. Court its decision in DRB 11–229, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **KENNETH P. SIRKIN** of **BOYNTON BEACH, FLORIDA,** who was admitted to the bar of this State in 1999, and who has been suspended from the practice of law since October 8, 2009, should be censured for violating *RPC* 8.1(b) (failure to cooperate with

disciplinary authorities) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And good cause appearing;

It is ORDERED that **KENNETH P. SIRKIN** is hereby censured; and it is further

ORDERED that **KENNETH P. SIRKIN** shall comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.